# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145540

DEVENDRA SHARMA, M.D.,
      Plaintiff-Appellant,

v

ASCENSION HEALTH, INC., d/b/a ST.
JOSEPH HEALTH SYSTEM, PATRICK
MURTHA, MICHAEL WAGNER, and
CLARENCE DAVID WRIGHT,
      Defendants-Appellees.

SC: 145540
COA: 303913
Iosco CC: 09-005343-CZ

_____/

      On order of the Court, the application for leave to appeal the June 12, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

d1113

                Clerk